# UNITED STATES DISTRICT COURT

for the
District of Vermont

| | | |
|---|---|---|
| James Ehlers, on behalf of himself and all others similary situated | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| | ) | |
| v. | ) | Civil Action No.   2:19-cv-194 |
| | ) | |
| Ben & Jerry's Homemade, Inc. | ) | |
| Conopco Inc. d/b/a Unilever United States | ) | |
| | ) | |
| *Defendant(s)* | | |

## JUDGMENT IN A CIVIL ACTION

☐   **Jury Verdict.**

☑   **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Opinion and Order (Document No. 24) filed May 7, 2020, defendant's Motion to Dismiss (Document No. 9) was GRANTED without prejudice.  Plaintiff was granted leave to amend within (20) days of said Opinion and Order consistent with the Federal Rules of Civil Procedure and this court's Local Rules.  No Amended Complaint having been filed in the specified timeframe, this case is DISMISSED.

Date:   July 9, 2020

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:   7/9/2020

*/s/ Kristin Pratico*
*Signature of Clerk or Deputy Clerk*